1  Nancy Curry
   Chapter 13 Trustee
2  606 S. Olive Street, Suite 950
   Los Angeles, CA  90014
3  (213) 689-3014   FAX (213) 689-3055

4

             UNITED STATES BANKRUPTCY COURT
5             CENTRAL DISTRICT OF CALIFORNIA

6

7  In re:                          ) Case No.: 2:08-bk-31509 ER
                                   )
8    Ryder-Moore, Brenda Ann       ) TRUSTEE'S NOTICE OF
                                   ) UNCLAIMED DIVIDEND
9                                  ) (Bankruptcy Rule 3011)
                                   )
10                                 )
                                   )
11
        TO THE CLERK OF THE ABOVE-ENTITLED COURT:
12
        Please find annexed hereto Check No. 631584 in the sum of
13
   $118.19 representing the total amount of unclaimed dividend in
14
   the above-entitled debtor's estate.  The check was not
15
   deliverable at the address of record.  The Trustee, after due
16
   diligence, has not been able to locate the payee.  Said sum is
17
   paid over to you pursuant to Bankruptcy Rule 3011.  The record
18
   reflects the name and address of the party entitled to said
19
   unclaimed dividend to be:
20
                    Town & Country
21                  9825 Long Beach Blvd.
                    Los Angeles, CA 90280
22

23

24
   Date:  January 20, 2011              /s/ Nancy Curry
25


         NOTICE OF UNCLAIMED DIVIDEND (Bankruptcy Rule 3011)

                            - 1 -

Nancy Curry Chapter 13 Trustee                                        Check No. 631584
Pay to: 50003300  U.S. BANKRUPTCY COURT
Please notify us of any changes to your claim (e.g. account number, address, claim assignment)

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| 0831509-ER | 303-0 | RYDER-MOORE, BRENDA ANN | RYDER-MOORE | 1,371.38 | 118.19 | 0.00 | 118.19 |

---

WARNING: CHECK PRINTED ON TONER GRIP CHEMICAL REACTIVE PAPER, VOID APPEARS IF COPIED, FLUORESCENT FIBERS, MICRO PRINTING, TRUE WATERMARK AND LAID LINES WITH TRUSTEE NAME.

January 18, 2011

**Nancy Curry**
**Chapter 13 Trustee**
606 S. Olive ST., Suite 950
Los Angeles, CA 90014

Disbursement Account
**Suntrust Bank**

64-79 / 611

No. 631584

PAY**One Hundred Eighteen Dollars and 19 Cents*********************************
TO THE ORDER OF

AMOUNT **********$118.19 ***

VOID AFTER April 18, 2011

U.S. BANKRUPTCY COURT
FISCAL DEPT
255 E. TEMPLE STREET, RM 1067
LOS ANGELES, CA 90012-

*Nancy Curry* (signature)

⑆631584⑆ ⑈061100790⑈ 000000575200⑈