Nancy Curry
Chapter 13 Trustee
606 S. Olive Street, Suite 950
Los Angeles, CA  90014
(213) 689-3014  FAX (213) 689-3055

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

In re:                              ) Case No.: 2:08-bk-31509-ER
                                    )
  Ryder-Moore, Brenda Ann           ) TRUSTEE'S NOTICE OF
                                    ) UNCLAIMED DIVIDEND
                                    ) (Bankruptcy Rule 3011)
                                    )
                                    )
                                    )

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Please find annexed hereto Check No. 632762 in the sum of $47.93 representing the total amount of unclaimed dividend in the above-entitled debtor's estate. The check was not deliverable at the address of record. The Trustee, after due diligence, has not been able to locate the payee. Said sum is paid over to you pursuant to Bankruptcy Rule 3011. The record reflects the name and address of the party entitled to said unclaimed dividend to be:

> Town & Country
> 9825 Long Beach Blvd.
> Los Angeles, CA  90280

Date:  February 22, 2011              /s/ Nancy Curry

NOTICE OF UNCLAIMED DIVIDEND (Bankruptcy Rule 3011)

- 1 -

632762

2/17/2011

Forty Seven Dollars and 93 Cents                                              47.93

    50003300                                           VOID VOID VOID
    U.S. BANKRUPTCY COURT
    FISCAL DEPT.                                         VOID VOID VOID
    255 E. TEMPLE STREET, RM 1067
    LOS ANGELES, CA  90012-                              VOID VOID VOID

| Case No. | Clm | Debtor Name | Your Account No. | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|
| 0831509-ER | 3030-0 | RYDER-MOORE, BRENDA ANN | RYDER-MOORE | 47.93 | | 47.93 |